B6C (Official Form 6C) (04/13)

IN RE **Paine, Howard E. & Dalelio, Jane M.**                                              Case No. **1:13-bk-13073**
                              Debtor(s)                                                                                              (If known)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **3322 Rokeby Road, Delaplane, Fauquier County, Virginia** | CV § 34-4<br>11 USC § 522(b)(3)(B) | 1.00<br>100% | 394,400.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **2-Drawer File cabinets - 4** | CV § 34-26(4a) | 80.00 | 80.00 |
| **Antique Table - Front Hall** | CV § 34-26(2) | 150.00 | 150.00 |
| **Barca Lounger - Green Room** | CV § 34-26(4a) | 50.00 | 50.00 |
| **Coffee Grinder Lamp - Kitchen** | CV § 34-26(4a) | 50.00 | 50.00 |
| **Coffee Maker - Kitchen** | CV § 34-26(4a) | 25.00 | 25.00 |
| **Corner Cupboard - Pink Room** | CV § 34-26(4a) | 150.00 | 150.00 |
| **Dressers - Pink Room - 2** | CV § 34-26(2) | 200.00 | 200.00 |
| **End Table - Pink Room** | CV § 34-26(4a) | 40.00 | 40.00 |
| **File Drawers - Studio - 10** | CV § 34-26(4a) | 100.00 | 100.00 |
| **Floor Lamp - Living Rm** | CV § 34-26(4a) | 12.00 | 12.00 |
| **Folding Tables - Studio - 2** | CV § 34-26(4a) | 30.00 | 30.00 |
| **Framed Poster - Studio** | CV § 34-26(4a) | 100.00 | 100.00 |
| **King Sized Bed - Green Room** | CV § 34-26(4a) | 1.00 | 400.00 |
| **Lamps - 3 in Studio** | CV § 34-26(4a) | 45.00 | 45.00 |
| **Lamps - Pink Room - 3** | CV § 34-26(4a) | 60.00 | 60.00 |
| **Large Dish Cupboard - Kitchen** | CV § 34-26(4a) | 200.00 | 200.00 |
| **Leather Chair - Living Rm** | CV § 34-26(4a) | 100.00 | 100.00 |
| **Leather Loveseat - Living Rm** | CV § 34-26(4a) | 100.00 | 100.00 |
| **Leather Sofa - Living Rm** | CV § 34-26(4a) | 450.00 | 450.00 |
| **Linen Sofa - Kitchen** | CV § 34-26(4a) | 120.00 | 120.00 |
| **Maple Chest - Studio** | CV § 34-26(4a) | 40.00 | 40.00 |
| **Microwave** | CV § 34-26(4a) | 50.00 | 50.00 |
| **Mirrors - Pink Room - 2** | CV § 34-26(2) | 90.00 | 90.00 |
| **Old Ice Box - Kitchen** | CV § 34-26(4a) | 100.00 | 100.00 |
| **Oriental Rug - Living Rm** | CV § 34-26(2) | 400.00 | 400.00 |
| **Pine 12-Drawer Cabinet - Studio** | CV § 34-26(4a) | 60.00 | 60.00 |
| **Queen Sized Bed - Pink Room** | CV § 34-26(4a) | 70.00 | 70.00 |
| **Rocking Chair - Pink Room** | CV § 34-26(4a) | 25.00 | 25.00 |
| **Scale Lamp - Kitchen** | CV § 34-26(4a) | 30.00 | 30.00 |
| **Scalloped Coffee Table - Pink Room** | CV § 34-26(2) | 25.00 | 25.00 |
| **Small Red Table Lamp - Green Room** | CV § 34-26(4a) | 10.00 | 10.00 |
| **Small Round Table - Kitchen** | CV § 34-26(4a) | 40.00 | 40.00 |
| **Straight-back chairs - Front Hall** | CV § 34-26(4a) | 200.00 | 200.00 |
| **Supplies Closet - Studio** | CV § 34-26(4a) | 60.00 | 60.00 |
| **Table Lamp - Living Rm** | CV § 34-26(4a) | 20.00 | 20.00 |
| **Teak Work Tables - Studio** | CV § 34-26(4a) | 40.00 | 40.00 |

*\* Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6C (Official Form 6C) (04/13) - Cont.**

IN RE Paine, Howard E. & Dalelio, Jane M. _____ Case No. **1:13-bk-13073** _____
                                     Debtor(s)                                                           (If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **TV - Green Room** | **CV § 34-26(4a)** | **70.00** | **70.00** |
| **TV - Kitchen** | **CV § 34-26(4a)** | **10.00** | **10.00** |
| **Wall Clock - Kitchen** | **CV § 34-26(4a)** | **15.00** | **15.00** |
| **White Upholstered Chair - Green Room** | **CV § 34-26(4a)** | **30.00** | **30.00** |
| **Wicker Bench - Studio** | **CV § 34-26(4a)** | **50.00** | **50.00** |
| **Wood Stove - Kitchen** | **CV § 34-26(4a)** | **100.00** | **100.00** |
| **Books - Green Room - 400** | **CV § 34-26(4a)** | **600.00** | **600.00** |
| **Books - Living Rm - 500** | **CV § 34-26(4a)** | **900.00** | **900.00** |
| **Books - Studio - 900** | **CV § 34-26(4a)** | **800.00** | **800.00** |
| **Books in Studio - 650** | **CV § 34-26(4a)** | **1,300.00** | **1,300.00** |
| **Floral Prints - Green Room - 6** | **CV § 34-26(2)** | **90.00** | **90.00** |
| **Small Prints - Kitchen - 2** | **CV § 34-26(4a)** | **50.00** | **50.00** |
| **Northwestern Mutual Life Insurance Policy #10-337-959** | **CV  § 34-4** | **1.00** | **47,579.20** |
| **Northwestern Mutual Life Insurance Policy #4-906-827** | **CV  § 34-4** | **1.00** | **4,897.09** |
| **Northwestern Mutual Life Insurance Policy #5-300-272** | **CV  § 34-4** | **1.00** | **15,000.76** |
| **Northwestern Mutual Life Insurance Policy 4-906-826** | **CV  § 34-4** | **1.00** | **7,968.85** |
| **Northwestern Mutual Policy # 4-801-805** | **CV  § 34-4** | **1.00** | **8,058.64** |
| **2005 Subaru Sport Utility** | **CV § 34-26(8)** | **6,000.00** | **6,202.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only